Decision Per Curiam.

The Continental Insurance Company, a corporation under the Laws of the State of New York, Plaintiff in Error, vs. Albert K. Leon, Defendant in Error.

### DIVISION A.

Writ of error to Circuit Court, Duval county; **R. M.** Call, Judge.

*A. W. Cockrell & Son,* for Plaintiff in Error.

*M. C. Jordan* and *Clark & Gibbons,* for Defendant in Error.

This action was brought by the  defendant in  error against the plaintiff in error.  There was judgment for the plaintiff, and the defendant takes writ of error.  The judgment is affirmed.